**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STABILITY TECHNOLOGY PARTNERS, LLC, | Case No.: 2:23-cv-01763-APG-EJY |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| AHERN RENTALS, INC., | |
| Defendant | |

I previously struck plaintiff Stability Technology Partners, LLC's certificate of interested parties (ECF No. 2) because it did not comply with Federal Rule of Civil Procedure 7.1(a)(2). Stability filed a new certificate, but it also does not satisfy the Rule. Stability's certificate states that it is a California corporation. ECF No. 4 at 1. But it is a limited liability company, not a corporation. As I stated in my prior order, a limited liability company "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I THEREFORE ORDER that plaintiff Stability Technology Partners, LLC's certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The plaintiff must file a proper certificate of interested parties by November 15, 2023.

DATED this 2nd day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE