UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STABILITY TECHNOLOGY PARTNERS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>AHERN RENTALS, INC.,<br><br>    Defendant | Case No.: 2:23-cv-01763-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I previously struck plaintiff Stability Technology Partners, LLC's certificate of interested parties (ECF No. 2) because it did not comply with Federal Rule of Civil Procedure 7.1(a)(2). Stability filed a new certificate, but it also did not satisfy the Rule, so I struck it as well. ECF Nos. 4, 6. Stability filed a third certificate of interested parties that is still defective, so I strike it again. Stability's certificate states that it is a California corporation. ECF No. 7 at 1. But it lists itself in the complaint as a limited liability company, not a corporation. As I have explained multiple times now, a limited liability company "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I THEREFORE ORDER that plaintiff Stability Technology Partners, LLC's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The plaintiff must file a proper certificate of interested parties by November 15, 2023.

DATED this 9th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE