**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STABILITY TECHNOLOGY PARTNERS, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>AHERN RENTALS, INC.,<br><br>　　　　Defendant | Case No.: 2:23-cv-01763-APG-EJY<br><br>**Order (1) Striking Plaintiff's Certificate of Interested Parties, and (2) Directing Plaintiff to Show Cause Why Sanctions Should Not Be Entered Against Plaintiff and Its Counsel** |

　　　　I have entered three orders striking plaintiff Stability Technology Partners, LLC's certificate of interested parties.  Its most recent response (ECF No. 10) repeats the same problem identified in my prior orders.  It is apparent that Stability's counsel is not reading my orders.  **I will repeat it, this time in bold so counsel does not miss it again: As I have explained multiple times now, a limited liability company "is a citizen of every state of which its owners/members are citizens."** *Johnson v. Columbia Properties Anchorage, LP*, **437 F.3d 894, 899 (9th Cir. 2006).  Thus, Stability must identify the citizenship of each of its owners/members.**  I (again) strike Stability's most recent certificate.  I also order Stability to show cause why I should not enter sanctions against Stability and its counsel for repeatedly ignoring my orders.

　　　　I THEREFORE ORDER that plaintiff Stability Technology Partners, LLC's certificate of interested parties **(ECF No. 10) is stricken**.

/ / / /

/ / / /

/ / / /

1       I FURTHER ORDER that by November 28, 2023, plaintiff Stability Technology
2  Partners, LLC shall show cause why it and its counsel should not be sanctioned for repeatedly
3  ignoring my orders.
4       DATED this 14th day of November, 2023.

                                                 ANDREW P. GORDON
                                                 UNITED STATES DISTRICT JUDGE