# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STABILITY TECHNOLOGY PARTNERS, LLC,<br><br>   Plaintiff<br><br>v.<br><br>AHERN RENTALS, INC.,<br><br>   Defendant | Case No.: 2:23-cv-01763-APG-EJY<br><br>**Order** |

In light of plaintiff Stability Technology Partners, LLC's response to the order to show cause (ECF No. 15), I ORDER that no sanctions will be imposed.

Additionally, although Stability never responded to my order to show cause why this case should not be dismissed for lack of subject matter jurisdiction (ECF No. 3), the certificate of interested parties suggests that complete diversity exists. I therefore will not dismiss this case for lack of subject matter jurisdiction at this time.

DATED this 27th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE