UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STABILITY TECHNOLOGY PARTNERS, LLC,<br><br>Plaintiff<br><br>v.<br><br>AHERN RENTALS, INC.,<br><br>Defendant | Case No.: 2:23-cv-01763-APG-EJY<br><br>**Order** |

The parties previously advised the court that they had settled this matter and anticipated filing a stipulation for dismissal by December 2, 2024. Nothing has been filed.

I THEREFORE ORDER the parties to file a stipulation to dismiss or status report regarding settlement by January 22, 2025.

DATED this 8th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE