M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
**SCHNITZER, JOHNSON & WATSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
T: (702) 362-6666
F: (702) 362-2203
E: bjohnson@sjwlawfirm.com
E: ccase@sjwlawfirm.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STABILITY TECHNOLOGY PARTNERS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC., a Nevada Corporation; DOES I through X, inclusive, ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:   2:23-cv-01763-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to FRCP Rule 41(a)(1)(A)(ii), Plaintiff Stability Technology Partners, LLC and Defendant Ahern Rentals, Inc. hereby stipulate to dismiss with prejudice any and all claims and causes of action asserted in the above-captioned lawsuit or arising out of the facts alleged in the above-captioned lawsuit. Each Party will bear their own costs and attorneys' fees.

/ / /

/ / /

IT IS SO STIPULATED.

DATED: January 13th, 2025

WEINBERG WHEELER HUDGINS
GUNN & DIAL

By: /s/ Hayley J. Cummings, Esq.
D. LEE ROBERTS, JR., ESQ.
STEPHANIE L. GANTZ, ESQ.
HAYLEY J. CUMMINGS, ESQ.
Attorneys for Defendant
Ahern Rentals, Inc.

DATED: January 13th, 2025

SCHNITZER JOHNSON & WATSON, CHTD.

By: [signature]
M. BRADLEY JOHNSON, ESQ.
Attorneys for Plaintiff
Stability Technology Partners, LLC

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

[signature]
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 14, 2025